

# Fourth Court of Appeals
## San Antonio, Texas

August 26, 2014

No. 04-14-00041-CR

Kyle **MILLER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR5502
Honorable Pat Priest, Judge Presiding

## O R D E R

In his first trial, Appellant Kyle Miller's counsel presented a bill of exception with testimony from Janet Miller and Kyle Miller. In his retrial, Appellant's counsel asked the trial court to review the bill of exception before it ruled on evidentiary motions. The record from the retrial shows the trial court considered the bill of exception. On August 15, 2014, pro se Appellant Kyle Miller moved this court to provide him a copy of the bill of exception.

Appellant's motion is GRANTED. We ORDER the court reporter to file a supplemental reporter's record containing *only* the bill of exception within FIFTEEN DAYS of the date of this order. We FURTHER ORDER the court reporter to provide Appellant with a printed copy of the supplemental reporter's record at no cost to Appellant within FIFTEEN DAYS of the date of this order, and to notify this court in writing when the supplemental record is sent to Appellant.

Appellant's brief will be due THIRTY DAYS after this court receives written notice that the court reporter has provided Appellant with a written copy of the supplemental reporter's record. *See* TEX. R. APP. P. 38.6(a).

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of August, 2014.



Keith E. Hottle
Clerk of Court